UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: DOUGHERTY RYAN GIUFFRA AND ZAMBITO - 63

Index #: 09 CIV 3512

ROBERT SECKERS ET AL                           Plaintiff(s)

- against -

Date Filed:
Court Date: June 30, 2010

THE CITY OF NEW YORK                           Defendant(s)

**AFFIDAVIT OF SERVICE**

Witness Fee Tendered: $57.94
Attorney File #1: 03-99-3201/IER

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 10, 2010 at 09:56 AM at

23 BEDIE ROAD
HAZLET, NJ 07730

deponent served the within true copy/copies of the SUBPOENA on MICHAEL GANSAS, the witness/recipient therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to WENDY GANSAS a person of suitable age and discretion. Said premises is the witness'/recipient's dwelling house within the state. She identified herself as the WIFE of the witness/recipient.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 43 | 5'5 | 145 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the witness/recipient at the witness'/recipient's last known residence at

23 BEDIE ROAD
HAZLET, NJ 07730

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 10, 2010 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: June 10, 2010

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2013

DANIEL KNIGHT
Docket #: 710831