CIVIL CAUSE FOR                      BENCH TRIAL, cont'd
BEFORE JUDGE KORMAN            JUNE 30, 2010             TIME: 3/10
09-CV-3512

TITLE:      IN RE The *Dorothy J*, Robert Seckers and Paul Flecker

PLTFFS ATTY:     James E. Ryan // Craig Flanders   (Henry Marine)

                 __✓__ present      ____ not present

                 James Edward Mercante        (Robert Seckers)
                 __✓__ present      ____ not present

                 Justin Green                     (Paul Flecker)
                 __✓__ present      ____ not present

DEFTS ATTY:      Wayne D. Meehan // Gina M. Venezia    (NYC)

                 __✓__ present      ____ not present

                 _____
                 __✓__ present      ____ not present

                 _____
                 __✓__ present      ____ not present

ESR/ CR: Rocco/Jones.            COURTROOM DEPUTY: PaulaMarie Susi

OTHER: _____

✓ CASE CALLED.

__ Conf. adj'd to _____.

✓ BENCH TRIAL RESUMES.
__ BENCH TRIAL CONT'D TO _____.

__ PLTFF RESTS.   __ DEFT RESTS.
__ PLTFF SUMMATION.   __ DEFT SUMMATION.   __ PLTFF REBUTTAL.
✓ BENCH TRIAL ENDS.   __ _____

__ PLTFFS  __ DEFTS VERDICT.

_____

TESTIMONY: MICHAEL GANSAS.

_____

Written summations due 7/30; 8/20.