# DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION

ATTORNEYS AND COUNSELLORS AT LAW

131 EAST THIRTY EIGHTH STREET

NEW YORK, NEW YORK 10016-2680

TELEPHONE: (212) 889-2300

FACSIMILE: (212) 889-1288

e-mail: drgzh@aol.com

July 29, 2010

**VIA ELECTRONIC CASE FILING**

Ms. Paula Marie Susi, Courtroom Deputy for
Honorable Edward R. Korman, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  **Henry Marine Services, Inc., Robert Seckers and
          Paul Flecker v. The City of New York
          09 Civ 3512(ERK/VVP)**

Dear Ms. Susi::

  We write to confirm that, with the Court's consent, the parties have agreed to modify the post trial briefing schedule in this case such that the parties' proposed findings of fact, conclusions of law and post trial memoranda shall be exchanged and filed on or before August 20, 2010, with Responses by any party to be served and filed on or before September 10, 2010.

  We thank the Court for its consideration.

              Respectfully submitted,

         DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION

         BY: JAMES E. RYAN

JER/jmr

cc:  **VIA ELECTRONIC CASE FILING**

    Wayne Meehan, Esq.
    Freehill, Hogan & Mahar, LLP

    Gina Venezia, Esq.
    Freehill, Hogan & Mahar, LLP

    James Mercante, Esq.
    Rubin, Fiorella & Friedman, LLP

    Justin T. Green, Esq.
    Kreindler & Kreindler, LLP