## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2010, the Claimants' Post-Trial Brief, Proposed Findings of Fact and Conclusions of Law, was served on all counsel of record identified on the below service list via Notice of Electronic Filing generated by CM/ECF:

**Gina M. Venezia**
**Wayne D. Meehan**
**Freehill, Hogan & Mahar, LLP**
**80 Pine Street**
**New York, New York 10005**

_____
CRAIG M. FLANDERS